# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Strike 3 Holdings, LLC <br><br> v. <br><br> John Doe <br><br> PLAINTIFF(S) / DEFENDANT(S). | CASE NUMBER <br><br> 8:21-cv-01469-CJC-(ADSx) <br><br> ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

September 15, 2021             Terry J. Hatter, Jr. /s/
Date                                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:18-cv-00787 TJH-(SPx)   and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Autumn D. Spaeth   to Magistrate Judge   Sheri Pym  .

On all documents subsequently filed in this case, please substitute the initials   TJH-(SPx)   after the case number in place of the initials of the prior judge, so that the case number will read   8:21-cv-01469-TJH-(SPx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/21)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)